

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Estate of Timothy Glen Chapman, Deceased

No. 06-17-00051-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. P-17573). Memorandum Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we vacate the judgment of the county court at law and dismiss this case for want of jurisdiction.

We further order that the appellee, Peoples Bank, pay all costs of this appeal.

RENDERED NOVEMBER 9, 2017
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk